# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | ) Case No.: 2:14-cr-00355-JCM-CWH<br>) |
| vs. | )<br>) |
| RICHARD ANDREW BROKER aka Richard Lee Daggett, | ) **ORDER**<br>)<br>) |
| Defendant. | )<br>)<br>) |

It is hereby ordered that in the above-captioned matter, the defendant, Richard Broker, is conditionally released to the Springfield, Missouri (USMCFP) facility, pursuant to the current civil commitment order under 18 U.S.C. § 4246 in case number 6:14 cv 3360.  As a condition of release, the Defendant is ordered confined to the Springfield, Missouri facility while the above-captioned criminal case is pending. If the commitment order in case number 6:14 cv 3360 is amended to allow the Defendant's release from Springfield to the community, the Defendant is to be immediately returned to the custody of the United States Marshals and brought before this Court for further proceedings consistent with 18 U.S.C. § 3142.

IT IS SO ORDERED.

_____
Carl W. Hoffman
United States Magistrate Judge