# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00355-JCM-NJK |
| Plaintiff, | **ORDER GRANTING MOTION TO APPEAR TELEPHONICALLY** |
| v. | |
| RICHARD ANDREW BROKER, | (Docket No. 26) |
| Defendant. | |

Pending before the Court is the United States' motion to appear telephonically at the status hearing on June 6, 2016, at 10:00 a.m.  Docket No. 26.

For good cause shown, the Court **GRANTS** the United States' motion to appear telephonically at the June 6, 2016, hearing.  Docket No. 26.  The United States shall call the Court conference line at 877-402-9757 at least five minutes prior to the hearing.  The conference code is 6791056.  In order to ensure a clear recording of the hearing, the call must be made using a land line phone.  Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

DATED: May 25, 2016.

_____
NANCY J. KOPPE
United States Magistrate Judge