JEFFERSON B. SESSIONS, III, Attorney General of the United States
JOHN W. HUBER, United States Attorney (Utah #7226)
MARK K. VINCENT, Assistant United States Attorney (Utah #5357)
J. DREW YEATES, Assistant United States Attorney (Utah #9811)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

JOHN G. GEORGE, JR., Attorney for the Defendant (Nevada #12380)
Law Office of John George
732 S. 6th, Suite 100
Las Vegas, Nevada 89101
Telephone: (702) 561-7855

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RICHARD ANDREW BROKER, <br><br> Defendant. | Case No. 2:14-CR-355-JCM-NJK <br><br> JOINT MOTION BY THE PARTIES TO TO STRIKE THE STATUS HEARING AS TO PSYCHIATRIC VALUATION. |

The Parties, both the United States of America and Defendant, by and through there undersigned counsel, hereby file this motion to strike the Status Hearing as to Psychiatric Hearing presently scheduled for June 1, 2017, before U.S. Magistrate Judge Nancy J. Koppe. It appears that this hearing is no longer necessary. District Judge

1

James C. Mahan has presently set this case down for a Change of Plea hearing on June 20, 2017, at 11:00 a.m. (*see* Ct. Doc. 9).

DATED this _25th_ day of MAY, 2017.

JEFFERSON B. SESSIONS, III
Attorney General of the United States

_____
JOHN G. GEORGE, JR.
Attorney for the Defendant

JOHN W. HUBER
United States Attorney, District of Utah

_____
MARK K. VINCENT
Special Attorney for the United States

                     IT IS SO ORDERED.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED: May 30, 2017